IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THOMAS BRAGG, III**                                                              PLAINTIFF

4:18-CV-00286-BRW

**MICAH HALL, individually and in his official
capacity as Deputy Sheriff of Saline County, Arkansas**           DEFENDANT

**ORDER**

Defendant's Motion for Summary Judgment (Doc. No. 8) is GRANTED.

Plaintiff's Complaint is based on the validity of a search warrant that resulted in his arrest and property seizure. According to Plaintiff, the search warrant and accompanying affidavit failed to describe the alleged stolen property with any particularity, and an arrest was made without probable cause.

I have reviewed the search warrant and affidavit.[1] Contrary to Plaintiff's assertion, the affidavit specifically references a "stolen Caterpillar Model 416D . . . backhoe" and mentions that the information came from a reliable confidential informant to whom Plaintiff "boasted about having a backhoe stolen out of Conway, AR."[2] The search warrant then incorporates the affidavit by reference. Additionally, even if the warrant was invalid, it appears to me that Defendant would be entitled to qualified immunity. Accordingly, summary judgment is appropriate.

IT IS SO ORDERED this 13th day of May, 2019.

                                       Billy Roy Wilson
                                   UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 9-1.

[2] *Id.*

1