# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THOMAS BRAGG, III**                                                                                  **PLAINTIFF**

## 4:18-CV-00286-BRW

**MICAH HALL, individually and in his official
capacity as Deputy Sheriff of Saline County, Arkansas**                **DEFENDANT**

## **JUDGMENT**

Based on the Order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 13th day of May, 2019.

                                                       Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE